Exhibit C

# TICKETOS

# Cookie Policy

Home   Cookie Policy

*This page was last changed on September 8, 2021, last checked on September 8, 2021 and applies to citizens and legal permanent residents of the United States.*

# 1. Introduction

Our website, https://ticketos.com (hereinafter: "the website") uses cookies and other related technologies (for convenience all technologies are referred to as "cookies"). Cookies are also placed by third parties we have engaged. In the document below we inform you about the use of cookies on our website.

We do not sell or share personal information to third parties for monetary consideration; however, we may disclose certain personal information to third parties under circumstances that might be deemed a "sale" or "Sharing" for residents of California (DNSMPI and CPRA). We respect and understand that you may want to be sure that your personal information is not being sold or shared. You may request that we exclude your personal information from such arrangements, or direct us to limit the use and disclosure of possible sensitive personal information, by entering your name and email



ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

# 2. Cookies

When you visit our website it can be necessary to store and/or read certain data from your device by using technologies such as cookies.

### 2.1 Technical or functional cookies

Some cookies ensure that certain parts of the website work properly and that your user preferences remain known. By placing functional cookies, we make it easier for you to visit our website. This way, you do not need to repeatedly enter the same information when visiting our website and, for example, the items remain in your shopping cart until you have paid. We may place these cookies without your consent.

### 2.2 Statistics cookies

We use statistics cookies to optimize the website experience for our users. With these statistics cookies we get insights in the usage of our website.

### 2.3 Marketing/Tracking cookies

Marketing/Tracking cookies are cookies or any other form of local storage, used to create user profiles to display advertising or to track the user on this website or across several websites for similar marketing purposes.

# 3. Placed cookies

Most of these technologies have a function, a purpose, and an expiration period.



ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

Purpose is "the Why" behind the function. Maybe the data is stored because it is needed for statistics.

The expiration period shows the length of the period the used technology can "store or read certain data.

# 4. Browser and Device based Consent

When you visit our website for the first time, we will show you a pop-up with an explanation about cookies. You do have the right to opt-out and to object against the further use of non-functional cookies.

### 4.1 Manage your opt-out preferences

**Functional:** The technical storage or access is strictly necessary for the legitimate purpose of enabling the use of a specific service explicitly requested by the subscriber or user, or for the sole purpose of carrying out the transmission of a communication over an electronic communications network.

**Statistics:** The technical storage or access that is used exclusively for anonymous statistical purposes. Without a subpoena, voluntary compliance on the part of your Internet Service Provider, or additional records from a third party, information stored or retrieved for this purpose alone cannot usually be used to identify you.

**Marketing:** The technical storage or access is required to create user profiles to send advertising, or to track the user on a website or across several websites for similar marketing purposes.

TICKETOS    ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

# deleting cookies

You can use your internet browser to automatically or manually delete cookies. You can also specify that certain cookies may not be placed. Another option is to change the settings of your internet browser so that you receive a message each time a cookie is placed. For more information about these options, please refer to the instructions in the Help section of your browser.

Please note that our website may not work properly if all cookies are disabled. If you do delete the cookies in your browser, they will be placed again after your consent when you visit our website again.

# 6. Your rights with respect to personal data

You have the following rights with respect to your personal data:

you may submit a request for access to the data we process about you;

you may object to the processing;

you may request an overview, in a commonly used format, of the data we process about you;

you may request correction or deletion of the data if it is incorrect or not or no longer relevant, or to ask to restrict the processing of the data.

 

ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

a complaint about how we handle your data, we would like to hear from you.

For more information about your rights with respect to personal data, please refer to our Privacy Statement

# 7. Contact details

For questions and/or comments about our Cookie Policy and this statement, please contact us by using the following contact details:

Next Sports & Entertainment, LLC
16 Portland Place
Montclair, NJ 07042
United States
Website: https://ticketos.com
Email: info@dominicl144.sg-host.com
Phone number: 1-866-548-5490

This Cookie Policy was synchronized with cookiedatabase.org on June 23, 2021.

See what TicketOS can do for you

Request a Demo

# TICKETOS

ABOUT US

WHY TICKET OS

FEATURES & FUNCTIONALITY

SERVICES

RE

TicketOS maximizes value from client entertainment, corporate events, and ticketing. We take care of your tickets so your employees can focus on your business.

CERTIFIED SOLUTION

Centralized Workflow Management

Single Pane Of Visibility

Highly Configurable

Touchless Fulfillment

Expansive Reporting

Third-Party Integrations

Expert Client Services Team

Major Events Hospitality

Suite Catering Management

Retail Gift Cards

Ticket Resale & Donation

VIP Ticket Sourcing

About Us

Resources

Contact

What is Ticket Management?

What can TicketOS do?

What departments use TicketOS?

1-866-548-5490

info@ticketos.com

© 2024 TicketOS All Rights Reserved

Terms of Service

Privacy Policy

Cookie Policy