# Exhibit D

Case 2:25-cv-00170-MCA-JSA Document 19-4 Filed 04/09/25 Page 2 of 7 PageID: 561



About Us    Virtual Experiences    Contact Us



Next assists Corporate America in creating engaging moments. We offer unmatched value to help optimize business and standout in the marketplace.

Next has no boundaries! We take pride in our ability to produce exciting experiences for our clients. Our agency leverages talent from all segments to provide unique and impactful content.

## Our Services



About Us    Virtual Experiences    Contact Us



## Virtual Experiences

Next creates digital experiences that require no touch! Knowing that the gap between physical and virtual is a difficult one to bridge, Next partners with top content creators to create fully produced, live and interactive virtual experiences.

### Sample Experiences

Culinary – Demonstrations and Cooking Classes

Sports – Chalk Talks with Athletes, Coaches, Executives and Broadcasters

Music – Sets from your Favorite Artists, Storytelling and Covers

Fitness – Private Sessions with Celebrity Trainers

Thought Leaders – Motivate, Educate and Understand from Sought After Personalities

Learn More





every aspect including selecting the best chef, planning the menu, on-site production and gifting.

## Sample Concepts

Celebrity Chef Demonstrations

Team–building Cooking Classes

Chef Endorsements

Digital Dining – Recipes and Beautifully Crafted Meal Kits with Hand–selected Pairings and Gifts



## Corporate Hospitality

Next's energetic and detail–oriented hospitality staff builds custom turnkey hospitality programs that leverage marquee events to entertain key clients, enhance sales and drive consumer preference.

## Sample Events

Super Bowl

The Masters

US Open Tennis

Kentucky Derby

World Cup

Food & Wine Festivals

Award Shows



About Us        Virtual Experiences            Contact Us



## Talent Booking

Next has a strategic and data–supported approach to partnering with content creators from all aspect of pop culture including Sports, Entertainment, Music, Theater, Culinary, Thought Leaders, Business and more. Next is not affiliated with a talent agency, we represent you! Our specialty is navigating the world of talent to find you the right person at the best price.

### Talent Bookings

Endorsements

Keynote Speakers

Appearances

Private Concerts

Brand Ambassadors

Social Content

Virtual Experiences



About Us          Virtual Experiences                    Contact Us



## Tickets & Luxury Suites

How do large organizations manage all of their sports and entertainment tickets? How do they make sure the right people know about them, use them, and get the appropriate approvals? Where do they run reports to see who is using what or gauge return on investment? Our sister company, TicketOS helps companies manage their sports, entertainment and sponsorship assets.

Our ticket concierge team hand–picks and presents the best options available to premium tickets and luxury suites for events around the world.

### Services

Ticket Management and Distribution

Season Ticket Procurement and Contract Negotiations

Ticket Asset Analytics and Reporting

Ad–hoc Purchases of Premium Seats, Luxury Suites and Group Tickets

Resale or Donation of Unused Tickets

Learn More

Case 2:25-cv-00170-MCA-JSA    Document 19-4    Filed 04/09/25    Page 7 of 7 PageID: 566



About Us    Virtual Experiences    Contact Us



## Brand Integration

Make your brand part of the story so nothing can come between you and your audience. Next can represent your brand and integrate it in the story of film, TV, video games and influencer channels.

### Examples

Film and TV that includes Your Product or Brand in the Story Line

Video Games and Apps that use Your Brand as part of the Story Line

Product Placement – Film, TV, Video Games that include a Prop of Your Product

Influencer Marketing – Have a Digital Influencer make Your Product or Service a part of their Story

Home   About Us   Virtual Experiences   Contact Us   Privacy Policy        © 2024 Next Sports & Entertainment