Exhibit E



ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

# Touchless Fulfillment

Home    Features & Functionality    Touchless Fulfillment

### Features & Functionality

# Enjoy a stress-free ticket fulfillment process

With TicketOS, you can sit back and relax once a ticket request is approved. Once set up, we'll handle the delivery of any requested tickets to your employees and clients. From the moment you place the order, we'll take care of everything — ensuring seamless and hassle-free ticket delivery. You also don't need to worry about tracking orders or dealing with multiple accounts, as everything will reflect in the TicketOS platform.







tickets between accounts

TicketOS integrates with all major mobile ticketing providers, eliminating the need to login to various ticket accounts to transfer tickets. Our automated system takes care of the entire process once we receive the necessary account credentials. You can rest assured that TicketOS has got your back when it comes to ticket management. Whether it's a last-minute request or a bulk transfer of tickets, TicketOS has the flexibility to handle it all.

# Complete visibility of ticket orders and deliveries

With TicketOS, there are no hidden surprises. You can track the status of all orders and deliveries using the tools available within TicketOS. This ensures complete transparency, giving you the ability to view order history, ticket usage, and more. You can also receive real-time updates on the status of each order, giving you complete peace of mind. TicketOS empowers you with the information you need to make informed decisions regarding your ticket management needs.

  

ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE





ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

## See what TicketOS can do for you

Request a Demo

## Features    Services    Why Ticket OS    Contacts

TicketOS maximizes value from client entertainment, corporate events, and ticketing. We take care of your tickets so your employees can focus on your business.

Centralized Workflow Management

Single Pane Of Visibility

Highly Configurable

Touchless Fulfillment

Expert Client Services Team

Major Events Hospitality

Suite Catering Management

Retail Gift Cards

About Us

Resources

Contact

What is Ticket Management?

What can TicketOS do?

1-866-548-5490

info@ticketos.com

Case 2:25-cv-00170-MCA-JSA    Document 19-5    Filed 04/09/25    Page 7 of 7 PageID: 573



ABOUT US

WHY TICKET OS

FEATURES & FUNCTIONALITY

SERVICES

RE

Third-Party Integrations

VIP Ticket Sourcing

TicketOS?

© 2024 TicketOS All Rights Reserved

Terms of Service

Privacy Policy

Cookie Policy