Exhibit F



**ABOUT US**   **WHY TICKET OS**   **FEATURES & FUNCTIONALITY**   **SERVICES**   **RE**

Maximize your company's sports & entertainment tickets with TicketOS, where innovative technology fuels unforgettable corporate experiences.

Request a Demo

# & Functionality

At TicketOS, we pride ourselves on providing the industry's leading ticket management solution. Our commitment to relentless innovation and the development of state-of-the-art technology ensures that our clients can unlock the full potential of their sports & entertainment tickets. Trust in TicketOS to elevate your ticketing experience and deliver exceptional value.

View All



Need any help?

 **OS**   ABOUT US   WHY TICKET OS   FEATURES & FUNCTIONALITY   SERVICES   RE

Streamline your sports & entertainment ticket operations with seamless integration of inventory management & hassle-free order acceptance and fulfillment.

Learn more

Say goodbye to switching between spreadsheets and different box office accounts like Ticketmaster, Tickets.com (MLB), Seatgeek, Paciolan and AXS. TicketOS consolidates your entire ticketing process into a single, user-friendly platform.

Learn more



## Highly Configurable

Experience a tailor-made solution designed to accommodate the requirements of your organization.

Learn more



## Touchless Fulfillment

Replace your ticket transfer process with our touchless fulfillment system, no more logging into Ticketmaster, Tickets.com, AXS, or any other ticket accounts.

Learn more



## Expansive Reporting

Gain valuable insights into your ticket utilization with extensive reporting options, analyzing every piece of data collected in TicketOS to optimize your ticket management. (All powered by Microsoft PowerBI)



## Seamless Third-Party Integrations

Enhance your ticket management experience with connections to third-party applications like Concur, Salesforce, Microsoft PowerBI and custom-built apps.

 

ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

# TicketOS Services

TicketOS is designed for enterprise-level operations, but our true strength lies in our service-oriented team. We are committed to delivering exceptional value and support to your organization.

View All

OS ABOUT US WHY TICKET OS FEATURES & FUNCTIONALITY SERVICES RE

Case 2:25-cv-00170-MCA-JSA    Document 19-6    Filed 04/09/25    Page 6 of 11 PageID: 579

OS    ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE



ABOUT US | WHY TICKET OS | FEATURES & FUNCTIONALITY | SERVICES | RE

# What Is Corporate Ticket Management?

Streamlining business attendance, nurturing client relationships, enhancing staff engagement, uniting stakeholders, and fostering emotional ties via sports or entertainment tickets and partnerships.

Learn More

## Is TicketOS right for my company?

Learn more

Case 2:25-cv-00170-MCA-JSA Document 19-6 Filed 04/09/25 Page 8 of 11 PageID: 581



| ABOUT US | WHY TICKET OS | FEATURES & FUNCTIONALITY | SERVICES | RE |

TicketOS is designed to cater to any number of tickets, regardless of the size of your organization. Our software

Does TicketOS Integrate with the applications our business uses?

How can sales and marketing teams benefit from TicketOS software?

How does TicketOS help finance and compliance teams prove ROI?

# TicketOS manages your tickets, freeing your staff to concentrate on your enterprise.

Our platform ensures proper usage of ticket resources by the appropriate individuals, maximizing the return on your ticket investment.

About us

 

ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

# News & Resources

Stay current with TicketOS updates, industry insights, venue spotlights, and the overall business of sports & entertainment.

View all



**Ticketing and Event Sponsorship News**

## Verizon Becomes Official Telecom Partner for 2026 FIFA World Cup

Verizon to Provide Advanced Connectivity for Fans and Venues Across U.S., Canada, and Mexico. Verizon has signed on as the official telecommunications partner for the 2026 FIFA Men's World Cup, set to take place in the U.S., Canada, and Mexico. This partnership, the first between FIFA and Verizon, will see the telecom giant providing essential …

Read More



**Ticketing and Event Sponsorship News**

## Lenovo and Motorola Partner with Madison Square Garden

Lenovo and Motorola Launch Multi-Year Collaborations with MSG, Featuring Brand Activations for Knicks, Rangers, and More. Lenovo and its subsidiary Motorola have signed new partnerships with Madison Square Garden (MSG) properties, which include collaborations with the New York Knicks and New York Rangers. Under this multiyear agreement, Lenovo becomes an official partner of MSG and …

Read More



**Ticketing and Event Sponsorship News**

## L.A. 2028 Organizers Sign New Corporate Sponsors

Cedars-Sinai joins a growing list of corporate partners, including Dick's, Cisco, and Autodesk, to help fund the $7 billion event. LA28, the organizers of the 2028 Los Angeles Olympics and Paralympics, have signed new corporate sponsors, including Cedars-Sinai as the official medical provider for the Games. This partnership follows recent deals with Dick's Sporting Goods, …

Read More

See what TicketOS can do for you

Request a Demo

TICKETOS    Features    Services    Why Ticket OS    Contacts

1-866-548-5490

**OS**

ABOUT US

WHY TICKET OS

FEATURES & FUNCTIONALITY

SERVICES

RE

entertainment, corporate events, and ticketing. We take care of your tickets so your employees can focus on your business.

CERTIFIED SOLUTION

Single Pane Of Visibility

Highly Configurable

Touchless Fulfillment

Expansive Reporting

Third-Party Integrations

Major Events Hospitality

Suite Catering Management

Retail Gift Cards

Ticket Resale & Donation

VIP Ticket Sourcing

Contact

What is Ticket Management?

What can TicketOS do?

What departments use TicketOS?

© 2024 TicketOS All Rights Reserved

Terms of Service

Privacy Policy

Cookie Policy