Exhibit A

**TICKETOS**   ABOUT US   WHY TICKET OS   FEATURES & FUNCTIONALITY   SERVICES   RE

# Terms Of Service

Home   Terms of Service

These Terms govern your access to, usage of all content, Product and Services available on the Ticketos.com website (the "Service") operated by Next Sports & Entertainment, LLC. ("us", "we", or "our").

Your access to our services are subject to your acceptance, without modification, of all of the terms and conditions contained herein and all other operating rules and policies published and that may be published from time to time by us.

Please read the Agreement carefully before accessing or using our Services. By accessing or using any part of our Services, you agree to be bound by these Terms. If you do not agree to any part of the terms of the Agreement, then you may not access or use our Services.

TICKETOS        ABOUT US        WHY TICKET OS        FEATURES & FUNCTIONALITY        SERVICES        RE

The Agreement does not transfer from Us to you any of Ours or third party intellectual property, and all right, title, and interest in and to such property will remain (as between the parties) solely with Next Sports & Entertainment, LLC. and its licensors.

In using the Services, you may use third-party services, products, software, embeds, or applications developed by a third party ("Third Party Services"). If you use any Third Party Services, you understand that: <

Any use of a Third Party Service is at your own risk, and we shall not be responsible or liable to anyone for Third Party websites or Services.

You acknowledge and agree that We shall not be responsible or liable for any damage or loss caused or alleged to be caused by or in connection with the use of any such content, goods or services available on or through any such web sites or services.

Services requires an account, you agree to provide us with complete and accurate information when you register for an account. You will be solely responsible and liable for any activity that occurs under your account. You are responsible for keeping your account information up-to-date and for keeping your password secure. You are responsible for maintaining the security of your account that you use to access the Service. You shall not share or misuse your access credentials. You must notify us immediately of any unauthorized uses of your account or upon becoming aware of any other breach of security.

your access to all or any part of our Services at any time, with or without cause, with or without notice, effective immediately. If you wish to terminate the Agreement or your Next Sports & Entertainment, LLC. account, you may simply discontinue using our Services. All provisions of the Agreement which by their nature should survive termination shall survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity, and limitations of liability.

**TICKETOS**  ABOUT US   WHY TICKET OS   FEATURES & FUNCTIONALITY   SERVICES   RE

IS." and "AS AVAILABLE" basis. Next Sports & Entertainment, LLC. and its suppliers and licensors hereby disclaim all warranties of any kind, express or implied, including, without limitation, the warranties of merchantability, fitness for a particular purpose and non-infringement. Neither Next Sports & Entertainment, LLC., nor its suppliers and licensors, makes any warranty that our Services will be error free or that access thereto will be continuous or uninterrupted. You understand that you download from, or otherwise obtain content or services through, our Services at your own discretion and risk.

Except to the extent any applicable law provides otherwise, the Agreement and any access to or use of our Services will be governed by the laws of Delaware, United States. The proper venue for any disputes arising out of or relating to the Agreement and any access to or use of our Services will be the state and federal courts located in Delaware, United States.

# TICKETOS

ABOUT US

WHY TICKET OS

FEATURES & FUNCTIONALITY

SERVICES

RE

LLC. reserves the right, at our sole discretion, to modify or replace these Terms at any time. If we make changes that are material, we will let you know by posting on our website, or by sending you an email or other communication before the changes take effect. The notice will designate a reasonable period of time after which the new terms will take effect. If you disagree with our changes, then you should stop using our Services within the designated notice period, or once the changes become effective. Your continued use of our Services will be subject to the new terms.

See what TicketOS can do for you

Request a Demo

## TICKETOS

**Features**

**Services**

**Why Ticket OS**

**Contacts**

TicketOS maximizes value from client

Centralized Workflow

Expert Client Services

About Us

1-866-548-5490

# TICKETOS

ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

tickets so your employees can focus on your business.

Highly Configurable

Touchless Fulfillment

CERTIFIED SOLUTION

Expansive Reporting

Third-Party Integrations

Suite Catering Management

Retail Gift Cards

Ticket Resale & Donation

VIP Ticket Sourcing

What is Ticket Management?

What can TicketOS do?

What departments use TicketOS?

© 2024 TicketOS All Rights Reserved

Terms of Service

Privacy Policy

Cookie Policy

