Exhibit B



ABOUT US     WHY TICKET OS     FEATURES & FUNCTIONALITY     SERVICES     RE

# Privacy Policy

Home   Privacy Policy

Welcome to Ticketos.com (the "Site"). We understand that privacy online is important to users of our Site, especially when conducting business. This statement governs our privacy policies with respect to those users of the Site ("Visitors") who visit without transacting business and Visitors who register to transact business on the Site and make use of the various services offered by Next Sports & Entertainment, LLC. (collectively, "Services") ("Authorized Customers").

Information"

Refers to any information that identifies or can be used to identify, contact, or locate the person to whom such information pertains, including, but not limited to, name, address, phone number, fax number, email address, financial profiles, social security number, and credit card information. Personally Identifiable Information does not include information that is collected anonymously (that is, without identification of the individual user) or demographic information not connected to an identified individual.

Information Is Collected?

We may collect basic user profile information from all of our Visitors. We collect the following additional information from our Authorized Customers: the names, addresses, phone numbers and email addresses of Authorized Customers, the nature and size of the business, and the nature and size of the advertising inventory that the Authorized Customer intends to purchase or sell.

TICKETOS    ABOUT US    WHY TICKETOS    FEATURES & FUNCTIONALITY    SERVICES    RE

In addition to our direct collection of information, our third party service vendors (such as credit card companies, clearinghouses and banks) who may provide such services as credit, insurance, and escrow services may collect this information from our Visitors and Authorized Customers. We do not control how these third parties use such information, but we do ask them to disclose how they use personal information provided to them from Visitors and Authorized Customers. Some of these third parties may be intermediaries that act solely as links in the distribution chain, and do not store, retain, or use the information given to them.

We use Personally Identifiable Information to customize the Site, to make appropriate service offerings, and to fulfill buying and selling requests on the Site. We may email Visitors and Authorized Customers about research or purchase and selling opportunities on the Site or information related to the subject matter of the Site. We may also use Personally Identifiable Information to contact Visitors and Authorized Customers in response to specific inquiries, or to provide requested information.

# TICKETOS

ABOUT US

WHY TICKETOS

FEATURES & FUNCTIONALITY

SERVICES

RE

We do not disclose data about you to any third party except with service providers that only process that data on our behalf or with law enforcement authorities and others in legal proceedings (as described below). Otherwise, we may disclose (or permit others to directly collect) information about you in the following ways:

**Vendors and Service Providers:** We make personal information available to our vendors, advisors, and other companies who perform services for us. This may include companies that assist us with web hosting and development, payment processing, fraud prevention, cloud storage, customer service, and analytics.

**Law Enforcement Authorities and Others in Legal Proceedings:** We disclose personal information in response to a request for information if we believe that disclosure is in accordance with, or required by, any applicable law, regulation, or legal process,

enforcement requirements. We may also disclose personal information if we believe that your actions are inconsistent with our user agreements or policies, if we believe that you have violated the law, or if we believe it is necessary to protect the rights, property, and safety of the Company, our users, the public, or others.

**Affiliated Companies:** We disclose personal information between and among Next Sports and Entertainment, TicketOS, and Admit All.

**Corporate Transactions:** We may disclose personal information in connection with, or during negotiations of certain corporate transactions, including the merger, sale of company assets, financing, or acquisition of all or a portion of our business by another company.

**SMS Consent and Phone Numbers:** SMS consent and

# TICKETOS

ABOUT US     WHY TICKETOS     FEATURES & FUNCTIONALITY     SERVICES     RE

circumstances. SMS consent is not shared with any third parties or affiliates for marketing purposes.

that a website stores on a visitor's computer, and that the visitor's browser provides to the website each time the visitor returns.

## How Is Personally Identifiable Information Stored?

Personally Identifiable Information collected by Next Sports & Entertainment, LLC. is securely stored and is not accessible to third parties or employees of Next Sports & Entertainment, LLC. except for use as indicated above.

## Are Cookies Used On The Site?

Cookies are used for a variety of reasons. We use Cookies to obtain information about the preferences of our Visitors and the services they select. We also use Cookies for security purposes to protect our Authorized Customers. For example, if an Authorized Customer is logged on and the site is unused for more than 10 minutes, we will automatically log the Authorized Customer off. Visitors who do not wish to have cookies placed on their computers should set their browsers to refuse cookies before using Ticketos.com, with the drawback that certain features of website may not function properly without the aid of cookies.

## What Choices Are Available To Visitors Regarding Collection, Use And Distribution Of The Information?

Visitors and Authorized Customers may opt out of receiving unsolicited information from or being contacted by us and/or our vendors and affiliated agencies by responding to emails as instructed, or by contacting us at

# TICKETOS

Our service providers use cookies and those cookies may be stored on your computer when you visit our website. You can find more details about which cookies are used in our  Cookie Policy page.

## How Does Next Sports & Entertainment, LLC. Use Login Information?

Next Sports & Entertainment, LLC. uses login information, including, but not limited to, IP addresses, ISPs, and browser types, to analyze trends, administer the Site, track a user's movement and use, and gather broad demographic information.

Information From Visitors And/Or Authorized Customers On The Site?

Next Sports & Entertainment, LLC. has entered into and will continue to enter into partnerships and other affiliations with a number of vendors. Such vendors may have access to certain Personally Identifiable Information on a need to know the basis for evaluating Authorized Customers for service eligibility. Our privacy policy does not cover their collection or use of this information. Disclosure of Personally Identifiable Information to comply with the law. We will disclose Personally Identifiable Information in order to comply with a court order or subpoena or a request from a law enforcement agency to release information. We will also disclose Personally Identifiable Information when reasonably necessary to protect the safety of our Visitors and Authorized Customers.

TICKETOS      ABOUT US      WHY TICKET OS      FEATURES & FUNCTIONALITY      SERVICES      RE

All of our employees are familiar with our security policy and practices. The Personally Identifiable Information of our Visitors and Authorized Customers is only accessible to a limited number of qualified employees who are given a password in order to gain access to the information. We audit our security systems and processes on a regular basis. Sensitive information, such as credit card numbers or social security numbers, is protected by encryption protocols, in place to protect information sent over the Internet. While we take commercially reasonable measures to maintain a secure site, electronic communications and databases are subject to errors, tampering, and break-ins, and we cannot guarantee or warrant that such events will not take place and we will not be liable to Visitors or Authorized Customers for any such occurrences.

Visitors and Authorized Customers may contact us to update Personally Identifiable Information about them or to correct any inaccuracies by emailing us at info@dominicl144.sg-host.com

## Can A Visitor Delete Or Deactivate Personally Identifiable Information Collected By The Site?

We provide Visitors and Authorized Customers with a mechanism to delete/deactivate Personally Identifiable Information from the Site's database by contacting us. However, because of backups and records of deletions, it may be impossible to delete a Visitor's entry without retaining some residual information. An individual who requests to have Personally Identifiable Information deactivated will have this information functionally deleted, and we will not sell, transfer, or use Personally Identifiable Information relating to that individual in any way moving forward.

# TICKETOS

ABOUT US

WHY TICKETOS

FEATURES & FUNCTIONALITY

SERVICES

RE

you have under data protection law

The right to access

The right to rectification

The right to erasure

The right to restrict processing

The right to object to processing

The right to data portability

The right to complain to a supervisory authority

The right to withdraw consent

We will let our Visitors and Authorized Customers know about changes to our privacy policy by posting such changes on the Site. However, if we are changing our privacy policy in a manner that might cause disclosure of Personally Identifiable Information that a Visitor or Authorized Customer has previously requested not be disclosed, we will contact such Visitor or Authorized Customer to allow such Visitor or Authorized Customer to prevent such disclosure.

## Links

Ticketos.com contains links to other websites. Please note that when you click on one of these links, you are moving to another website. We encourage you to read the privacy statements of these linked sites as their privacy policies may differ from ours.

# TICKETOS

ABOUT US    WHY TICKET OS    FEATURES & FUNCTIONALITY    SERVICES    RE

See what TicketOS can do for you

Request a Demo

## TICKETOS

### Features

### Services

### Why Ticket OS

### Contacts

TicketOS maximizes value from client entertainment, corporate events, and ticketing. We take care of your tickets so your employees can focus on your business.

CERTIFIED SOLUTION

Centralized Workflow Management

Single Pane Of Visibility

Highly Configurable

Touchless Fulfillment

Expansive Reporting

Third-Party Integrations

Expert Client Services Team

Major Events Hospitality

Suite Catering Management

Retail Gift Cards

Ticket Resale & Donation

VIP Ticket Sourcing

About Us

Resources

Contact

What is Ticket Management?

What can TicketOS do?

What departments use TicketOS?

1-866-548-5490

info@ticketos.com

© 2024 TicketOS All Rights Reserved

Terms of Service

Privacy Policy

Cookie Policy