# Exhibit E

**HUNTON ANDREWS KURTH LLP**

Katherine P. Sandberg, Esq. (State Bar No. 301117)

ksandberg@HuntonAK.com

50 California Street, Suite 1700

San Francisco, CA 94111

Telephone:  (415) 975-3700

Facsimile:    (415) 975-3701

*[Additional counsel listed on next page]*

Attorneys for Plaintiff

Spotlight Ticket Management, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SPOTLIGHT TICKET MANAGEMENT, INC., a Delaware corporation*,*

　　　　　　　Plaintiff,

　　v.

CONCIERGE LIVE, LLC, a Georgia corporation,

　　　　　　　Defendant.

―――――――――――――――――――

CONCIERGE LIVE, LLC, a Georgia Corporation,

　　　　　　　Counterclaimant,

　　v.

SPOTLIGHT TICKET MANAGEMENT, INC., a Delaware Corporation.

　　　　　　　Counter-Defendant.

CASE NO.: 2:24-CV-00859-WLH-SSC

*Assigned to the Hon. Wesley L. Hsu*

**SUPPLEMENTAL DECLARATION OF DAVID SCARBOROUGH**

Action Filed: January 31, 2024

SUPPLEMENTLAL DECLARATION OF DAVID SCARBOROUGH

SPOTLIGHT_0053783

**HUNTON ANDREWS KURTH LLP**

Edward T. Colbert, Esq. (*Pro Hac Vice*)

ecolbert@HuntonAK.com

Erik C. Kane, Esq.(*Pro Hac Vice*)

ekane@HuntonAK.com

2200 Pennsylvania Avenue NW

Suite 900

Washington, DC 20037-1701

Telephone:  (202) 955-1500

Facsimile:  (202) 778-2201

**HUNTON ANDREWS KURTH LLP**

Christopher M. Pardo, Esq. (*Pro Hac Vice*)

cpardo@HuntonAK.com

60 State Street, Suite 2400

Boston, Massachusetts 02109

Telephone:  (617) 648-2800

Facsimile:  (617) 433-5022

Attorneys for Plaintiff

Spotlight Ticket Management, Inc.

**Hunton Andrews Kurth LLP**
**50 California Street, Suite 1700**
**San Francisco, California 94111**

SUPPLEMENTAL DECLARATION OF DAVID SCARBOROUGH

SPOTLIGHT_0053784

I, David Scarborough, declare as follows.

1.      I am over the age of eighteen years. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would testify competently thereto.

2.      I am currently the Chief Strategy Officer for Ticketmaster and have served in this role since 2011.

3.      On November 13, 2025, I executed a declaration regarding the relationship between Ticketmaster and Spotlight Ticket Management, Inc. ("Spotlight"), and between Ticketmaster and Concierge Live, LLC ("Concierge Live"). My statements in that declaration are incorporated herein.

4.      On November 18, 2025, Ticketmaster was deposed in the above-referenced case. I was one of two Ticketmaster employees designated to testify as a corporate representative of Ticketmaster, and I was specifically designated to testify relating to thirteen topics noticed by Concierge Live or Spotlight. The majority of these topics related to Ticketmaster's business relationship with Spotlight.

5.      I was designated to testify as Ticketmaster's corporate representative regarding "Concierge Live's alleged integration with Ticketmaster for the purpose of engaging in event and corporate ticket management," but only as this topic related to Ticketmaster's "Nexus" program and the exclusive Ticketmaster APIs and tools provided to third parties who participate in the Nexus program ("Nexus Partners"). A separate Ticketmaster employee, Phil Volini, was designated to testify about the topic of "Concierge Live's alleged integration with Ticketmaster" as it related to a broker tool known as "TradeDesk."

6.      During the November 18, 2025 deposition of Ticketmaster, I limited my responses to questions about Concierge Live's claims to have an "integration" with Ticketmaster to information about whether Concierge Live had a Nexus integration with Ticketmaster. As noted above, this is because I was only designated to testify about this topic as it related to the Nexus program and Phil Volini was designated to

1

SUPPLEMENTAL DECLARATION OF DAVID SCARBOROUGH

SPOTLIGHT_0053785

speak on behalf of Ticketmaster about TradeDesk.

7. Despite having previously provided a declaration in my individual capacity in this case, I have neither been asked to provide, nor provided, deposition testimony at any point in my individual capacity in this litigation. My deposition testimony was solely in my capacity as corporate representative in relation to the topics for which I was designated.

8. I have been informed that Concierge Live is claiming that the facts I stated in my November 13, 2025 declaration apply only to the Nexus program because my November 18, 2025 corporate representative testimony was limited to the Nexus program. That is incorrect.

9. The statements made in my November 13, 2025 declaration were made in my individual capacity, and are based on my personal knowledge as a C-Level executive at Ticketmaster, nearly 28 years of experience at Ticketmaster, and my decades of experience and expertise in event and ticket management. As such, the statements in my declaration are not limited to the Nexus program, and each statement remains true and accurate without limitation.

10. As I stated in my declaration, to the best of my knowledge, Spotlight is the only provider of event and corporate ticket management services that has ever had an integration with Ticketmaster. Furthermore, since Spotlight first entered into an agreement with Ticketmaster in October 2016, Ticketmaster has not granted any other company the right to integrate with Ticketmaster in the event and corporate ticket management space. Spotlight has been and remains the exclusive ticket management platform for Ticketmaster.

11. As Ticketmaster has repeatedly advised Concierge Live, any representation that Concierge Live has the same integration as Spotlight (or any integration with Ticketmaster) would be false and misleading to the consumers of event and corporate ticket management services.

12. This declaration is based on my own personal knowledge, discussions with

2

SUPPLEMENTAL DECLARATION OF DAVID SCARBOROUGH

SPOTLIGHT_0053786

other Ticketmaster personnel, and my review of Ticketmaster's business records and other materials related to the issues described herein.

13.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December, 2025, at Calabaos CA.

David Scarborough

3

SUPPLEMENTAL DECLARATION OF DAVID SCARBOROUGH

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

SPOTLIGHT_0053787