# Exhibit H



March 31, 2021

To Whom It May Concern,

Ticketmaster entered into an exclusive partnership agreement with TicketManager in the fall of 2015 for the business event and ticket management category. Through this partnership, Ticketmaster and TicketManager are enabling companies to integrate tickets directly with their team and venue providers with technology including the discovery of inventory, transfer of mobile tickets, and attendance scan information in real time amongst other future innovations.

It has come to our attention that there are vendors in the ticket and event management marketplace mis-representing their Nexus Partner status and/or capabilities they may have with Ticketmaster.  Through our **exclusive** partnership with TicketManager, they are our **only** Nexus Certified Partner who has an integration with Ticketmaster in the event and corporate ticket management market.

If your business comes across any vendors making such claims and you have any questions, please contact Cory Bonder, Director of Strategic Partnerships, at cory.bonder@ticketmaster.com with any questions.

Please visit our Ticketmaster Partners page at :
https://developer.ticketmaster.com/partners/certified-partners/ for more information on our Certified Partners.


Regards,

David N. Scarborough
Chief Strategy Officer
Ticketmaster