# Exhibit I

**From:** Dominic Laico [dlaico@ticketos.com]
**Sent:** 9/6/2024 4:54:28 PM
**To:** Dave Scarborough [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=871c3ecfd2d7484b81bdbd07e9b58f99-Dave Scarbo]
**CC:** Ari Strulson [astrulson@ticketos.com]
**Subject:** Re: Hello!

**[EXTERNAL]**

Hey Dave,

Hope you're doing well, I wanted to touch base again on the below since it's been a couple years.  TicketOS now works with MLB and Tickets.com, we are seeing great success in helping some of the baseball clubs with their comp tickets and we've been rapidly growing our corporate client side as well.

I am not sure how your Ticket Manager partnership is structured and if/when their exclusivity is up for renewal, but I would love to stay in your thoughts as we grow and hopefully we can work something out.

Thanks!
Dom

**Dominic Laico**
CTO
TicketOS

📞 (951) 858-2021
✉ dlaico@ticketos.com
🔗 www.ticketos.com

---

**From:** Dave Scarborough <dave.scarborough@ticketmaster.com>
**Sent:** Thursday, May 12, 2022 5:54 PM
**To:** Dominic Laico <dlaico@ticketos.com>
**Subject:** Re: Hello!

Hi Dominic,

Good to hear from you.

We currently have an exclusive partnership with TicketManager so an integration won't be possible.

Dave

**Dave Scarborough**
Chief Strategy Officer, Ticketmaster

**Office:** 703.488.9522
**Mobile:** 703.609.3600
Hollywood, CA

On May 12, 2022, at 7:38 PM, Dominic Laico <dlaico@ticketos.com> wrote:

CONFIDENTIAL                                                                 TM006364

**[EXTERNAL]**

Hi Dave,

It's been quite a long time!  I hope you are well.

I took some time off after selling AutoProcessor and have been in my new endeavor at TicketOS for a little over a year.  We've made some great progress in our technology and have been working on several integrations with primary ticketing companies.  I've been in touch off and on with some of my friends from TM but it seems as though the path towards a partnership is difficult given the relationship that already exists with Ticket Manager.

I always believe competition in a space is good and that TicketOS offers a fantastic solution for companies to manage their tickets.  Ari (my partner) and I are open to discussing possible options to make a partnership work, though to date is seems like we cannot seem to land on any ideas that move the ball forward with those we have spoken with.

I'm hopeful that reaching out to you directly can give the chance to get an understanding of what it is we could do to work together.  Ari and I are available at any time to discuss our business and some thoughts with you.

Thanks and take care,
Dom


**Dominic Laico**

CTO

TicketOS

📞 (951) 858-2021

✉️ dlaico@ticketos.com

🔗 www.ticketos.com

TM006365