# Exhibit J

| | |
|---|---|
| **From**: | Marla Ostroff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20A953F276242A4BF5F6D1F7C32CFF7-MARLA OSTRO] |
| **Sent**: | 11/14/2022 6:21:01 PM |
| **To**: | Dave Scarborough [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=871c3ecfd2d7484b81bdbd07e9b58f99-Dave Scarbo] |
| **Subject**: | FW: good morning, Marla |
| **Attachments**: | TicketOS_Acme.pdf |

Thoughts? Assume relationship with Ticketmanager trumps this?

**Marla Ostroff**
Managing Director North America
office: 212.713.6371
cell: 917.414.0683

**From:** Scott Zeiger <szeiger@ebgsolutions.com>
**Date:** Monday, November 14, 2022 at 11:18 AM
**To:** Marla Ostroff <marla.ostroff@ticketmaster.com>
**Subject:** good morning, Marla

**[EXTERNAL]**

I hope you had a nice weekend.  As a follow up to what we discussed last week, here is a bit of background on my colleague Ari Strulson (a former EBG/CAA exec), and his company TicketOS.  I know that David Scarborough has always been professional with respect to Ari's company, but it seems like the roadblock to a dialogue with TM has been substantial.  I realize it's a bit out of my wheelhouse to discuss Nexus partnerships, so after you have had a look at the material, I am happy to introduce you directly.  Thanks in advance for your consideration, and speak to you soon.   Please say hello to Bill.   SZ

**Scott Zeiger**
CHIEF PRODUCTION OFFICER
**EBG - www.ebgsolutions.com**
Direct: 212-364-9194
Email: szeiger@ebgsolutions.com

**From:** Ari Strulson <astrulson@ticketos.com>
**Sent:** Sunday, November 13, 2022 8:09 PM
**To:** Scott Zeiger <szeiger@ebgsolutions.com>
**Subject:** FW: Hello!

**[CAUTION: External Email]**

Scott,

We have been winning a tremendous amount of corporate clients, securing long term deals with them and know we have the most innovative approach to corporate ticketing.  A partnership with Ticketmaster and access to the Nexus Partnership APIs would allow us to do an even better job of supporting some of the largest ticketing clients (premium subscribers and sponsors) of Ticketmaster clients (Venues).

CONFIDENTIAL                                                                                                TM004320

As I mentioned to you, we see other dual (non-exclusive) Nexus Partners in the specialty ticketing category.  See screenshot below: (Fevo & Spinzo, Dibz & Pogo Seats)

## Specialty Ticketing

| | | |
|---|---|---|
| **DIBZ** | **Fevo** | **PogoSeats** |
| Client Initiated Text Sales | Group and Social Sales | Client Initiated Text Sales |
| **Season Share** | **Spinzo** | **TicketManager** |
| Season Ticket Holder Seat Split and Draft Application | Group and Social Sales | Corporate and Internal Ticket Management |
| **Vettix** | | |
| Veterans STH and Team Ticket Donation Solution | | |

We just want to enhance the corporate ticketing experience for premium subscribers.  We know that our clients are demanding choices at the venue level.   Thank you again for getting this presentation over to Marla.  I am available to come into NYC and meet, hop on a web conference, or a call.  This is by far, a top priority.

Appreciate you and Marla.

All the best,
Ari

**Ari Strulson**
CEO
TicketOS

📞 (917) 292-9053
✉ astrulson@ticketos.com
🔗 www.ticketos.com

CONFIDENTIAL

TM004321