# Exhibit K

**HUNTON ANDREWS KURTH LLP**
Katherine P. Sandberg, Esq. (State Bar No. 301117)
ksandberg@HuntonAK.com
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone:  (415) 975-3700
Facsimile:    (415) 975-3701

*[Additional counsel listed on next page]*

Attorneys for Plaintiff
Spotlight Ticket Management, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SPOTLIGHT TICKET MANAGEMENT, INC., a Delaware corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>CONCIERGE LIVE, LLC, a Georgia corporation,<br><br>         Defendant.<br><br><hr><br>CONCIERGE LIVE, LLC, a Georgia Corporation,<br><br>         Counterclaimant,<br><br>    v.<br><br>SPOTLIGHT TICKET MANAGEMENT, INC., a Delaware Corporation,<br><br>         Counter-Defendant. | CASE NO.: 2:24-CV-00859-WLH-SSC<br><br>*Assigned to the Hon. Wesley L. Hsu*<br><br>**DECLARATION OF JOSH WILLIAMS**<br><br>Action Filed: January 31, 2024 |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

SPOTLIGHT_0040795

DECLARATION OF JOSH WILLIAMS

**HUNTON ANDREWS KURTH LLP**
Edward T. Colbert, Esq. (*Pro Hac Vice*)
ecolbert@HuntonAK.com
Erik C. Kane, Esq.(*Pro Hac Vice*)
ekane@HuntonAK.com
2200 Pennsylvania Avenue NW
Suite 900
Washington, DC 20037-1701
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201

**HUNTON ANDREWS KURTH LLP**
Christopher M. Pardo, Esq. (*Pro Hac Vice*)
cpardo@HuntonAK.com
60 State Street, Suite 2400
Boston, Massachusetts 02109
Telephone:  (617) 648-2800
Facsimile:  (617) 433-5022

Attorneys for Plaintiff
Spotlight Ticket Management, Inc.

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

SPOTLIGHT_0040796

DECLARATION OF JOSH WILLIAMS

I, Josh Williams, declare as follows.

1. I am over the age of eighteen years. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would testify competently thereto.

2. I have about 30 years of experience as a software engineer, with a focus on web development and building out back-end Application Programming Interfaces, referred to as "APIs" in daily use, for about 15 years.

3. I worked for Concierge Live from November 2017 until the late spring/early summer of 2021. I stopped being an "employee" of Concierge Live in September 2020 but was re-classified by Concierge Live as a "contractor" until I quit in 2021.

4. While I was the lead software engineer, I also performed the Chief Technical Officer duties for Concierge Live. As a result, I participated in a lot more of Concierge Live's significant business conversations than someone who was just a regular software lead.

5. There were also several large customers where I was represented and held out to them by Brian Basloe, Concierge Live's Chief Executive Officer, to be Concierge Live's Chief Technical Officer. I reported directly to Brian Basloe once he joined the company and, while I did not formally have the Chief Technical Officer title, nobody else did and that was the role I filled for Concierge Live.

6. Aaron Zaborac and Brandon Casci were both software engineers who reported directly to me.

7. Zaborac was hired in or about March 2020 to rebuild Concierge Live's flagship application (i.e., the platform itself) because Concierge Live was running on outdated source code and was hard to manage. The system we were working on was six years old running a bunch of custom versions of third party software. We either had to get the current platform revamped to bring it current or rewrite it using a different stack. During that time, I focused on maintaining the current software and Zaborac worked on

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

DECLARATION OF JOSH WILLIAMS

SPOTLIGHT_0040797

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

creating a new software.

8. Casci was hired in August 2017 to try and create a direct integration for Concierge Live between Ticketmaster and Concierge Live using the Ticketmaster Trade Desk API. This was a project spearheaded by Drew Gainor.

9. Most of the technical happenings at Concierge Live in the beginning were spearheaded by Gainor. My understanding was that Gainor also founded Seat Scouts, a provider of ticket broker tools, but he also served as an "advisor" to Concierge Live on technical matters because he had a deeper knowledge of the ticket industry and knew enough about technology to convey business needs to software engineers.

10. My understanding of Ticketmaster's Trade Desk was it was some sort of archaic back door API and we were trying to shoehorn it into doing something it was not designed to do. However, we were instructed by Basloe and Gainor to try and set up a connection between Concierge Live and Trade Desk to effectuate the transfer of corporate tickets.

11. Starting in at least August 2017 (when this initiative to create an "integration" started), we were all aware of a corporate ticket management company having an exclusive relationship and integration with Ticketmaster through their own official API designed for corporate ticket management functions. That was why the leadership at Concierge Live ended up using Seat Scouts (discussed in more detail below). I did not know at the time that the company with the exclusive relationship and integration with Ticketmaster was Spotlight, but understand in hindsight that is the company that Concierge Live's leadership was talking about.

12. From my recollection, Tren Hopkins (one of Concierge Live's co-founders) told me about the exclusive relationship between Spotlight and Ticketmaster early on, and the conversation also came up with Drew Gainor. They both said that what they were doing at Seat Scouts was a workaround to the fact that another company in the corporate ticket management space had exclusive access to the API for engaging in corporate ticket management.

SPOTLIGHT_0040798

2

DECLARATION OF JOSH WILLIAMS

13.    The reason why we had to try and use Trade Desk to try and create a work around for an integration is because Ticketmaster would not give us access to their APIs intended for purposes of corporate ticket transfer. We had a huge need from large corporate clients to be able to quickly transfer lots of tickets. There were ways to do it without an API or integration, but we would have had to load tickets manually, and that takes a lot of time and can be difficult. Instead, Concierge Live wanted to be able magically populate our system with Ticketmaster inventory whether it was approved, allowed, or Ticketmaster even understood what was going on.

14.    I am aware that Concierge Live was claiming for years that it had an "integration" with Ticketmaster. That is false.

15.    Ultimately, despite its claims that it had an "integration" with Ticketmaster, Concierge Live was unable to "integrate" with Ticketmaster to perform the functions it wanted to perform through the use of the Trade Desk API, or any other API from Ticketmaster because the Trade Desk API did not do what we wanted it to do and it did not do what we saying to customers that it did.

16.    Since Concierge Live was unable to "integrate" using the Trade Desk API (or any other API from Ticketmaster), we moved on to a different scheme to make it look like we had an "integration," including by using Seat Scouts to "crawl" or "screen scrape" the Ticketmaster website. To my knowledge, Concierge Live operated its business this way for years, at least through the end of my employment in June 2021. I know this because I saw it myself and understood what our systems were doing since I was not just the company's lead engineer but operated as its Chief Technology Officer.

17.    As part of this process, Seat Scouts provided Concierge Live with access to Seat Scouts' Ticketmaster APIs. Seat Scouts operated in the ticket broker area, and these were APIs designed for ticket brokering purposes.

18.    The Ticketmaster API belonged to Seat Scouts, but Concierge Live was using it. I did not know if Concierge Live had permission from Ticketmaster to do this, and I did not ask because I did not want to be using them knowing that Ticketmaster

SPOTLIGHT_0040799

3

DECLARATION OF JOSH WILLIAMS

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

was a company that had exclusive integration with Ticketmaster for operating in the corporate ticket management space but we were claiming we have an integration, a similar integration or the same integration as that company, so then someone is lying. I assumed Concierge Live was lying to customers and prospective customers since Concierge Live did not have a Ticketmaster integration at all, but I did not ask. I also knew that Ticketmaster had not given that integration for corporate ticket management to Concierge Live.

19.    I am aware of Brian Basloe and Tren Hopkins representing to customers and prospective customers that Concierge Live had an integration with Ticketmaster, but that was not true.

20.    For example, on June 27, 2019, Brian Basloe wrote that Citrix and BCBCNC (which I believe referred to Blue Cross Blue Shield of North Carolina) were "in good shape" and "we did BCBCNC yesterday." This refers to announcing to these customers that Concierge Live had an integration with Ticketmaster, and he refers to a "next wave of communication" with customers. In response, Tren Hopkins is hesitant to do this, presumably because our use of Seat Scouts was still not fully troubleshooted at that time. Hopkins' statement that "Citrix is integrated and BCBS can be" are false – there was no integration between Concierge Live and Ticketmaster. A true and correct copy of this correspondence is attached as **Exhibit "A."** (CL 7618-19). At this point, Seat Scouts had a lot of problems with its own Ticketmaster functionalities. The larger the customer we brought on board, the larger the chances were that there would be problems. Based on my experience, since Concierge Live wasn't using an official Ticketmaster API and going through Seat Scouts instead, the functionalities being marketed to these customers were (and the system itself was) bound to break.

21.    My understanding is that Tren Hopkins left Concierge Live because Drew Gainor and Guinio Volpone (who holds himself out as an "Owner" and the "Chairman" of Concierge Live) didn't think he had the sales ability needed for Concierge Live to make a lot of money, and that's where Basloe came in, because Basloe knew people at

4

SPOTLIGHT_0040800

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

larger companies who could become big customers. Tren Hopkins just wanted to build a solid product and seemed less likely to lie to customers or prospective customers, and I don't think he moved fast enough for Gainor and Volpone's liking. Gainor *wanted* to get rich, and Volpone *needed* to get rich because he had spent a lot of money for Seat Scouts.

22. My impression of Volpone was he was a financial risk taker and he needed return on investment across the board. I know that Volpone was financially involved in both Seat Scouts and Concierge Live.

23. Similarly to the situations with Citrix and BCBCNC, XFL required an integration with Ticketmaster, and Brian Basloe told them in or around November 5, 2019 that Concierge Live was "integrated" with Ticketmaster, so they began using Concierge Live. Basloe specifically told XFL that we were integrated with Ticketmaster and could transfer tickets using that integration even before he figured out if it was true, as is evidenced by his response saying that Drew Gainor said it was doable. A true and correct copy of this correspondence is attached as **Exhibit "B."** (CL 8157) This was a lie and the XFL bought it. Without a Ticketmaster integration, they would not have signed up with Concierge Live.

24. T-Mobile was another big client that Concierge Live got shortly after Brian Basloe joined the company that required Ticketmaster integration. We sold them Ticketmaster integration before I had even tried to create it. One of the reasons we sold them on the Concierge Live software was because we told them we could manage their Ticketmaster inventory. But we did not actually have an integration. So again, Basloe was lying to the prospective customer and Concierge Live would never have had this customer but for his lying. They would have signed with another service provider if they knew that we did not have the Ticketmaster integration (which we had not even tried to create at that time).

25. Ticketmaster integration was always oversold and promised to prospective customers. As the lead engineer and operating Chief Technology Officer, that bothered

SPOTLIGHT_0040801

5

DECLARATION OF JOSH WILLIAMS

me because it was more than stretching the truth, it was flat out lying.

26. The period I was working for Concierge Live is the only time in my life where as many red flags popped up as they did when I was dealing with Brian Basloe, Guinio Volpone, and Drew Gainor. In my opinion, they all have a loose set of morals, had no issue lying to get ahead, and that bothered me on a personal level.

27. When I worked at Concierge Live and talked to customers or prospective customers, or internally spoke with non-technical personnel about our Ticketmaster capabilities, I would say that we had a Ticketmaster "functionality," but I would not call it a Ticketmaster "integration" because we did not have an integration and I did not want to lie or make misrepresentations about it. At best, Concierge Live had an automation.

28. An "integration" would imply that Concierge Live's software communicates with Ticketmaster's software, but it did not do that at any point while I worked at Concierge Live. Claiming otherwise was a complete lie, and the leadership at Concierge Live (Basloe, Volpone, and Gainor) knew that it was a complete lie.

29. An "integration" also implies that Concierge Live had permission to communicate with Ticketmaster in the way we were doing it and for the purposes we were using it for, and we did not have that either.

30. Concierge Live had an integration with Seat Scouts, but Seat Scouts didn't even have an integration with Ticketmaster either. So really, Concierge Live was integrating solely with a company (Seat Scouts) that was cheating the systems.

31. I didn't raise concerns about Concierge Live representing to customers that it had an integration with anyone at Concierge Live because nobody would have cared. They knew what they were saying was not truthful, but they did it anyway.

32. I have reviewed Concierge Live's Counter Claims in this case, and the facts asserted in the Counter Claims.

33. Concierge Live's claims about "Integration with Ticket Markets" in paragraph 15 through 24 of the Counter Claims are absolutely false. We never had an

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

6

DECLARATION OF JOSH WILLIAMS

SPOTLIGHT_0040802

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

integration. We automated Ticketmaster tasks.

34. First, with respect to the supposed Ticketmaster integration via the Ticketmaster APIs and Trade Desk, there never was any integration. Concierge Live was never able to directly "automatically and directly move Ticketmaster tickets" using the Trade Desk API. As discussed previously, we tried and this did not work.

35. Concierge Live also did not ever have direct access to any other Ticketmaster APIs that would have allowed an integration with Ticketmaster for events and corporate tickets.

36. Further, paragraphs 22 through 24 of the Counter Claims are false. The connection with Seat Scouts (and then Broker Genius/Automatiq) is not a connection with Ticketmaster, so Concierge Live is not integrated with Ticketmaster.

37. I am familiar with and have reviewed Exhibits A through E of Spotlight's Second Amended Complaint. All of these documents are statements made to customers on Concierge Live's website. There are also pictures throughout of software that I personally engineered.

38. Exhibits A states that "[f]or Ticketmaster accounts, Concierge live offers integration which will automatically create your Ticketmaster account's inventory." This statement is false because Concierge Live did not integrate with Ticketmaster and used Seat Scouts instead, as previously discussed.

39. Exhibit B refers to "Ticketmaster Mobile Integration" and generally discusses "integrating" with Ticketmaster accounts. Again, these statements are false because Concierge Live did not have an integration with Ticketmaster.

40. Exhibits C, D, and E also refer to Ticketmaster accounts being integrated with Concierge Live. This is false because Concierge Live did not integrate with Ticketmaster.

41. The reason why Concierge Live kept trying to create the illusion of an "integration" with Ticketmaster, despite knowing that a different corporate ticketing management company had an exclusive integration for that purpose, was because it

7

SPOTLIGHT_0040803

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

would not have been as competitive in the market if it didn't do this. Lying that it had an integration with Ticketmaster that performed the advertised functions made it far more competitive in the market because having a real, bona fide, authorized Ticketmaster integration is something that these customers wanted (and in some cases required) from their corporate ticket management business partner.

42. In fact, without making these misrepresentations to customers and potential customers, Concierge Live would not have obtained many of the customers that it signed up. The reason Concierge Live used Seat Scouts' API is because Brian Basloe wanted to grow the company and make a lot of money, and the only way we could do that was by getting big companies to purchase the software, and Brian Basloe got them to purchase the software by telling them that Concierge Live had a Ticketmaster integration. He knew that was a lie and how the Concierge Live systems actually operated.

43. I was working at Concierge Live when Seat Scouts got sued by Broker Genius (now Automatiq) for stealing its intellectual property, and I was aware of the lawsuit at the time. My opinion of Drew Gainor is that he plays fast and loose, and so the claims made in the lawsuit did not surprise me. I read all of the court documents, and my impression was that it was something Drew Gainor would do. In my opinion, he is the Donald Trump of ticket management, and he will do what he wants to do and then litigate and see who wins. Gainor had good technical skills and entrepreneurial vision but would show up late to the party (*i.e.*, someone else already had the idea and was executing on that idea in the market), and so he would cheat to catch up. This is exactly the approach that he expected us to take at Concierge Live—just do whatever to make money and if we get sued, we will deal with it then, win or lose in Court.

44. Gainor was involved in Seat Scouts and Concierge Live so deeply that I assumed he owned a stake in both companies.

45. From a technical point of view, Concierge Live never had any vision, as is illustrated by the fact that they were selling technology they didn't actually have, like

8

DECLARATION OF JOSH WILLIAMS

SPOTLIGHT_0040804

the supposed Ticketmaster integration. There was no integration with Ticketmaster. There was a lot of hand waving and smoke and mirrors with customers and prospective customers with respect to Concierge Live's technical capabilities, but at the end of the day, they were just lying. The technology was not nearly as robust as they billed it, and they did not actually have what they were trying to sell. Even the Concierge Live platform itself was very clunky and ill-performing. Concierge Live's biggest problem was always that the technology, which is what they were selling, was an afterthought.

46.    A customer would not necessarily realize the difference between what Concierge Live was doing and an "integration" because they both look the same from the customer's viewpoint, but they function differently, and the lack of integration can cause technical problems. Eventually, they would figure it out, especially if they had the chance to compare it to a real integration.

47.    For example, I remember that lack of integration caused technical problems that resulted from Ticketmaster's rate limiting. Rate limiting occurs when a web application detects an inhuman number of requests per minute (for example, if a specific IP address has made 500 requests in one minute). The web application will then ignore any requests coming from that IP address for a certain amount of time because it assumes it is garbage or malicious. In other words, Ticketmaster's own security protocols tried to block out what Concierge Live was doing in order to create the illusion of an "integration" with Ticketmaster for its customers and prospective customers.

48.    In order to get around Ticketmaster's rate limiting, Seat Scouts had to rotate IP addresses and spin up new servers to not get blocked by Ticketmaster. They were using a headless browser, and pulling it out in background and clicking a bunch of buttons on the Ticketmaster website. Eventually Ticketmaster's software would cut them off. So there would sometimes be a lag when customer went to perform a particular task due to number of requests Seat Scouts had to make. Particular instances would be blocked and the customer would have to wait. Tickets would show and customer would attempt to do something (like move to different account) and that would

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

9

SPOTLIGHT_0040805

DECLARATION OF JOSH WILLIAMS

fail for certain amount of time. So in sum, it would cause delays for customers.

49.    I quit my job at Concierge Live around June 2021 when I was told by Brian Basloe that we would not be moving forward with Version 2 of Concierge Live. I did not want to work with the old application given that the pay that I was receiving, which I thought was too low for what I would have to deal with, and I did not like the way that Concierge Live lied in the market.

50.    Concierge Live was a weird place to work. I never felt like we made enough money to cover payroll. I felt like Concierge Live was someone's pet project that was propped up with someone's money, like an angel-funded startup that never left the startup phase, because our revenue didn't match what we needed to make payroll. But everyone made it seem to customers like Concierge Live was some really stable company when it was not. It was like a house of cards and, without the constant lying, it would probably not exist at all. It certainly would not have landed those large accounts that Basloe brought on board though his misrepresentations about Concierge Live's technical capabilities.

51.    I am signing this Declaration entirely of my own free choice and have not been subjected to any threats, coercion, duress, promises, or benefits. I was told that it was my option to speak with counsel for Spotlight, and that I could terminate the discussion at any time.

52.    I was not subjected to any duress with respect to my interview with the signing of this declaration. I was told that I could end the interview at any time, and that I was not required to sign the declaration.

53.    My declaration was drafted based on my multiple discussions with counsel for Spotlight, then provided to me to review for accuracy, and I was provided with sufficient opportunity to review it, ask any questions that I had and make any revisions that I thought appropriate to ensure accuracy.

54.    If called upon to testify in a deposition or Court of law, I would testify competently to the facts set forth herein, and I would also testify consistently with the

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

10

SPOTLIGHT_0040806

information provided herein as it is the truth to the best of my knowledge, personal experience and recollection.

As authorized by 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of November, 2025, at Hernando, Mississippi.

Josh Williams

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

121880.0000012 DMS 353348301v2

11

DECLARATION OF JOSH WILLIAMS

SPOTLIGHT_0040807

| From: | "Brian Basloe" <bbasloe@conciergelive.com> |
| --- | --- |
| Sent: | Thu, 27 Jun 2019 11:25:09 -0500 |
| To: | "Tren Hopkins" <thopkins@conciergelive.com> |
| Cc: | "Lucy Daniel" <ldaniel@conciergelive.com>; "Lauren Ebert" |

<lebert@conciergelive.com>; "Josh Williams" <jwilliams@conciergelive.com>; "Alec Coughlin"
<acoughlin@conciergelive.com>

| Subject: | Re: Tm communication to customers |
| --- | --- |

Works for me.

On Jun 27, 2019, at 12:10 PM, Tren Hopkins <thopkins@conciergelive.com> wrote:

I don't think we're ready for a primetime and a full announcement. We are releasing as requested/needed, but we have almost no sample size for the process. We haven't been able to get a the few of the baseball TM clients on-board due to vacation schedules. While CItrix is integrated and BCBS will/can be, this is the off season for TM so no transfers have occurred. We need to get a few clients using this for the baseball and MLS and we'll know quickly where we have issues. make any adjustments and release broadly.

Below is my TM timeline:

- Now through July 15
  - Get Alston & Bird, Troutman Sanders and SE using it for Braves and Atlanta United tickets - This is a critical factor...Lucy/Lauren you need to send emails and call. I realize the 4th is next week, but we've got to get them testing for us.
  - Feedback
  - TM dev updates/TM testing/bug fix completed (As needed)
- Weeks of July 15, July 22 and July 29
  - Assuming feedback/updates are solid, targeted client emails and system announcement about TM integration including training schedule.
  - TM training sessions
  - Feedback/TM Updates
- Week of July 29 - everyone is happy!

Thoughts?

On Jun 27, 2019, at 10:09 AM, Brian Basloe <bbasloe@conciergelive.com> wrote:

Morning!

Sounds like Citrix is now in good shape. I know we did bcbcnc yesterday.

*Exh "A"*

SPOTLIGHT_0040808
CL 007618 (Confidential)

What's the plan for the next wave of communication. Who and how are we communicating to them?

Thanks


Tren Hopkins
Concierge Live
Phone: 404.400.7200
Email: thopkins@conciergelive.com
Website: http://www.conciergelive.com
Your Tickets. Your Events. Our Tech.

SPOTLIGHT_0040809
CL 007619 (Confidential)

| | |
|---|---|
| **From:** | "Brian Basloe" <bbasloe@conciergelive.com> |
| **Sent:** | Tue, 5 Nov 2019 17:54:03 -0500 |
| **To:** | "Tren Hopkins" <thopkins@conciergelive.com> |
| **Cc:** | "Josh Williams" <jwilliams@conciergelive.com> |
| **Subject:** | Re: Ticketmaster Crawling |

Josh- let's connect tomorrow on this. On the product call, drew said that it should be pretty doable... but everyone is good at saying other people's work is doable. Me being the heavyweight champion of doing this :)

> On Nov 4, 2019, at 5:08 PM, Tren Hopkins <thopkins@conciergelive.com> wrote:
>

Josh,

We had a call with the XFL today and they want to use CL to transfer tickets. On the Wednesday product call, we need to discuss with Drew ways we can crawl XFL accounts more frequently to ensure timely deliveries.

Thanks,

Tren


Tren Hopkins
Principal
Concierge Live
O: 404-400-7200
thopkins@conciergelive.com

SPOTLIGHT_0040810
CL 008157 (Confidential)