**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SPOTLIGHT TICKET MANAGEMENT, INC., | Civil Action No.: 2:25-cv-00170 |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| TICKETOS, TICKETOS TECHNOLOGY, INC., and NEXT SPORTS & ENTERTAINMENT, LLC. | **MOTION DATE: July 6, 2026** |
| Defendants. | **ORAL ARGUMENT REQUESTED** |

**TO:**   Torsten M. Kracht, Esquire
Christopher M. Pardo, Esquire

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
*Attorneys for Plaintiff Spotlight Ticket Management, Inc.*

**PLEASE TAKE NOTICE** that Defendants TicketOS, TicketOS Technology, Inc. and Next Sports & Entertainment, LLC, (collectively, "Defendants"), upon the accompanying Memorandum of Law, Declaration of Patrick Papalia, Esq. and accompanying exhibits, will move this Court for an Order dismissing all claims in Plaintiff Spotlight Ticket Management, Inc.'s Second Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Federal Rules of Civil Procedure, all answering papers of Plaintiff, if any, shall be served in accordance with the local rules of the United States District Court for the District of New Jersey.  A proposed Order is also submitted herewith pursuant to Local Civ. Rule 7.1(e)(1).

1

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civ. Rule 78.1(b), Defendants request oral argument.

Dated: May 11, 2026

**ARCHER & GREINER P.C.**

_/s/ Patrick Papalia_
Patrick Papalia (ID 015831993)
Christian A. Stueben (ID 018122011)
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, New Jersey 07601
(201) 342-6000
ppapalia@archerlaw.com
cstueben@archerlaw.com
_Attorneys for Defendants_

232155387 v1