Patrick Papalia, Esquire
Christian A. Stueben, Esquire
**ARCHER & GREINER, P.C.**
21 Main Street, Suite 353
Court Plaza South – West Wing
Hackensack, New Jersey 07601-7095
(201) 342-6000
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPOTLIGHT TICKET MANAGEMENT, INC., | Civil Action No.: 2:25-cv-00170 |
| Plaintiff, | |
| v. | |
| TICKETOS, TICKETOS TECHNOLOGY, INC., and NEXT SPORTS & ENTERTAINMENT, LLC. | ELECTRONICALLY FILED |
| Defendants. | |

## CERTIFICATION OF PATRICK PAPALIA

I, Patrick Papalia, Esquire, hereby certify as follows:

1.     I am an attorney-at-law in the State of New Jersey and am a shareholder with the law firm of Archer & Greiner, P.C., counsel for Defendants, TicketOS ("TicketOS"), TicketOS Technology, Inc. and Next Sports & Entertainment, LLC (collectively, "Defendants"). I am fully familiar with the facts and circumstances of this case and make this Certification in support of Defendants' Motion to Dismiss Plaintiff, Spotlight Ticket Management, Inc.'s ("Spotlight") Second Amended Complaint with Prejudice.

2.    Attached hereto as **Exhibit A** is a true and accurate copy of the February 25, 2026 transcript documenting the oral argument on Defendants' prior Motion to Dismiss Spotlight's First Amended Complaint with prejudice.

3.    Attached hereto as **Exhibit B** is a true and accurate copy of Spotlight's Second Amended Complaint filed against Defendants filed in this matter.

**ARCHER & GREINER P.C.**
Attorneys for Defendants,
TicketOS, TicketOS Technology, Inc. and
Next Sports & Entertainment, LLC


By: ___*/s Patrick Papalia*_____
　　　　Patrick Papalia

Dated:  May 11, 2026

2