## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPOTLIGHT TICKET MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TICKETOS, TICKETOS TECHNOLOGY, INC., and NEXT SPORTS & ENTERTAINMENT, LLC. <br><br> Defendants. | Civil Action No.: 2:25-cv-00170 <br><br> **[PROPOSED] ORDER** |

**THIS MATTER** having been brought before the Court by Archer & Greiner, P.C., attorneys for Defendants TicketOS, TicketOS Technology, Inc. and Next Sports & Entertainment, LLC, (collectively, "Defendants"), on notice to Plaintiff, seeking to dismiss Plaintiff's Second Amended Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court having reviewed and considered the moving and any opposing and reply papers which were filed, and for other good cause shown;

**IT IS** on this ___ day of July, 2026,

**ORDERED** that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is **GRANTED**; and it is further

**ORDERED** that this action is hereby dismissed with prejudice; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties of record within seven (7) days of this Order; and it is further

**ORDERED** that the filing of this Order upon ECF constitutes service upon all parties of record.

_____
HON. MADELINE COX ARLEO, U.S.D.J.

OPPOSED: _____

UNOPPOSED: _____