# EXHIBIT B

May 20, 2026

Brian Basloe
Chief Operating Officer
Concierge Live LLC
931 Monroe Drive NE
Atlanta, GA 30308

Re: **Notice of Termination of License for Ticketmaster TradeDesk**

Dear Mr. Basloe:

It has come to Ticketmaster's attention that Concierge Live LLC ("Concierge Live"), through its service provider Broker Genius Inc. d/b/a Automatiq ("Automatiq"), is in violation of the Terms of Use of Ticketmaster's TradeDesk API, Ticket Information API, and the ticketmaster.com website (collectively, the "Ticketmaster TOUs") by using automation technology and techniques to crawl Ticketmaster's website and applications to facilitate Concierge Live's ticket management and sales. Ticketmaster has reviewed recently unsealed deposition testimony in *Spotlight Ticket Management, Inc. v. Concierge Live LLC*, 2:24-cv-00859 (C.D. Cal.) in which senior managers for Concierge Live admitted to scraping the Ticketmaster website using automation technology to access and retrieve ticket information, rather than using the TradeDesk API in the manner in which it was intended. *See e.g.,* Deposition of Drew Gainor ("Gainor Depo.") pp. 19-26, 33-35 (ECF No. 176-3 at 143-150, 155-157); Deposition of Brian Basloe ("Basloe Depo.") pp. 53-56 (ECF No. 176-3 at 59-62); Deposition of Guinio Volpone ("Volpone Depo.") p. 90 (ECF No. 176-3 at 193).

Among other provisions, Concierge Live is violating the Ticketmaster Terms of Use prohibition against "scrap[ing] or crawl[ing] any part of the [Ticketmaster] Marketplace" and the Ticket Information API Terms of Use prohibition against using "any automation technology or techniques to crawl any Ticketmaster owned or operated consumer facing websites or applications." By unlawfully scraping the Ticketmaster website instead of using the TradeDesk API in an authorized manner, Concierge Live and Automatiq artificially decreased the number of ticket transfers facilitated through TradeDesk and significantly reduced the ticket transfer fees paid to Ticketmaster. Basloe Depo. pp. 162-163 (ECF No. 176-3 at 92-93); Gainor Depo. p. 189 (ECF No. 176-3 at 179).

This letter serves as notice that Concierge Live's license to use the TradeDesk API was automatically terminated when Concierge Live began violating the Ticket Information API Terms of Use, as provided by that document ("Your rights to use the Ticketmaster API terminate automatically if . . . you violate any of these terms. . . . "). Ticketmaster further demands that Concierge Live, directly or indirectly, cease and desist from accessing any Ticketmaster technologies or properties in violation

*ticketmaster®*

of their TOUs including, but not limited to, using any scraping, crawling, or other automated process to access ticketmaster.com and any Ticketmaster application.

Ticketmaster expressly reserves all of its legal rights and remedies relating to the matters described in this letter.

Sincerely,

Zachary Dicken
Vice President, Partner Services